Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS SZE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Defendant. | CASE NO. 18-cv-03705-MMC<br>*Judge: Hon. Maxine M. Chesney*<br>*Courtroom 7* |
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Cross-Complainant,<br><br>vs.<br><br>PHYLLIS SZE, an individual, and CHENLI WANG, an individual,<br><br>　　　　Cross-Defendants. | **[PROPOSED] ORDER PERMITTING BRIGHTHOUSE LIFE INSURANCE COMPANY TO DEPOSIT INTERPLEADER FUNDS IN COURT REGISTRY**<br><br>**CLERK'S ACTION REQUIRED** |
| CHENLI WANG, an individual,<br><br>　　　　Cross-Cross-Complainant,<br><br>v.<br><br>BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware Corporation, and PHYLLIS SZE, an individual,<br><br>　　　　Cross-Cross-Defendants. | |

-1-　　　　　　　　　　　　　　18-cv-03705-MMC

[PROPOSED] ORDER PERMITTING BRIGHTHOUSE LIFE INSURANCE COMPANY TO DEPOSIT INTERPLEADER FUNDS IN COURT REGISTRY

PURSUANT TO STIPULATION, and for Good Cause appearing, **IT IS SO ORDERED** that:

1. Brighthouse Life Insurance Company ("Brighthouse") is granted leave to deposit the life insurance policy benefits that are the subject of its interpleader action with the Court Clerk in the Court Registry, plus the interest accrued;

2. Brighthouse shall deposit the remaining balance for benefits at $250,185.62, plus the interest accrued at $13,181.01, totaling $263,366.63, into the Registry of this Court no later than September 12, 2019.

Dated: September 11, 2019

_____
HON. MAXINE M. CHESNEY
UNITED STATES SENIOR
DISTRICT JUDGE